UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PHIL ANDERSON HOLDINGS (II), INC., a
foreign corporation,

          Plaintiff,

v.

FRANZ J. ROSINUS,

          Defendant.

Case No.: 2:14-CV-428-FtM 29 DNF

## DEFENDANT'S REPLY TO ORDER [Doc. #4]
## AND CONSENT TO REMAND TO STATE COURT

Defendant, Franz J. Rosinus ("Defendant"), by and through his undersigned counsel, replies to the Court's Order [Doc. #4], as follows:

1.      The Order provides an opportunity for the Defendant to state the presence of federal jurisdiction pursuant to 28 U.S.C. § 1653.

2.      Defendant removed the case to federal court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332, and sought an extension of time to file a responsive pleading and counterclaims against plaintiff and additional parties.

3.      Defendant alleged that Plaintiff is a Canadian corporation; however, Defendant has since learned that Plaintiff is the managing member of a Florida limited liability company, The Cottages at Old Corkscrew Golf Club, LLC, and its principal is the managing member of another Florida limited liability company, Old Corkscrew Golf Management, LLC.

4.      As such, Defendant has now learned that complete diversity does not exist between plaintiff, defendant and all counter-defendants so as to satisfy diversity jurisdiction. Lincoln Prop. Co. v. Roche, 546 U.S. 81, 89 (2005) (citing Caterpillar Inc. v. Lewis, 519 U.S. 61, 68 (1996)).

5.      A proposed Order is attached hereto as **Exhibit A.**

WHEREFORE, Defendant Franz J. Rosinus respectfully request that this Court enter an Order of Remand to the Florida State Circuit Court.

Respectfully submitted,

**ZUNG CLOUGH, PLLC**

*/s/John C. Clough*
John C. Clough
Florida Bar No.: 0184391
David S. Schnitzer
Florida Bar No.: 54084
8985 Fontana del Sol Way
Naples, Florida  34109
Telephone:  239.325.1895
Facsimile:  239.325.1896
Primary E-mail:    jclough@zungclough.com
Secondary E-mail: dschnitzer@zungclough.com
Secondary E-mail: jrupert@zungclough.com
   *Attorneys for Defendant*

2